WELLS ET AL. *v.* REYNOLDS ET AL.

No. 258.   Decided October 18, 1965.

*Jack Greenberg* and *James M. Nabrit III* for appellants.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN and MR. JUSTICE FORTAS dissent.

SHAKESPEARE ET AL. *v.* CITY OF PASADENA.

No. 281.   Decided October 18, 1965.

Appellants *pro se.*

*Allyn H. Barber* for appellee.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.